In The
 Court of Appeals
 Seventh District of Texas at Amarillo

 ________________________

 No. 07-12-0461-CV
 ________________________
 
 MUSTAFA E. DERKUNT, APPELLANT

 V.

 COMMISSION FOR LAWYER DISCIPLINE, APPELLEE
 

 On Appeal from the 261st District Court
 Travis County, Texas
 Trial Court No. D-1-GN-11-000745, Honorable Donald Kraemer, Presiding 

 
 April 5, 2013
 
 MEMORANDUM OPINION
 
 Before Quinn, C.J., and Campbell and Pirtle, JJ.
 
The brief of pro se appellant Mustafa Engin Derkunt was due for filing on February 25, 2013. When the brief was not filed, we notified Derkunt by letter of March 4, 2013, that pursuant to appellate rules 38.8(a)(1) and 42.3(b) the appeal was subject to dismissal without further notice unless he filed his brief, along with a motion requesting additional time, by March 14, 2013. We have received from Derkunt neither a brief, a motion for additional time nor any other response to our March 4 letter. Accordingly, the appeal is dismissed for want of prosecution. Tex. R. App. P. 38.8(a)(1) & 42.3(b). As Derkunt appears in the case as an indigent, no costs are assessed. 

Per Curiam